**EXHIBIT 1**

4/26/2023

Steven C. Hathaway, Attorney at Law
3811 Consolidation Ave.
Bellingham, WA 98227
T: (360) 676-0529 F: (360) 676-0067

**Lorin Edwin Massingale, Chapter 13, Case No. 21-01013-MLB**

**39681 Baker Lake Road in Concrete, Washington ("39681 Baker Lake Road")**

| Date | Project Category | Work Performed | Time | Rate | Total |
|---|---|---|---|---|---|
| | | **CHAPTER 13 BANKRUPTCY, Case No.: 20-12628-MLB** | | | |
| 8-Oct-20 | Office Visit | Meet with client regarding pending foreclosure, mortgage discrepencies, QWRs. | 1.50 | $350.00 | $525.00 |
| 19-Oct-20 | Review Docs | Emergency Ch 13 filed on 10/19/2020 per client's request. Trustee Sale scheduled for 10/30/2020. Fax notice of BR to foreclosure trustee. | 0.75 | $350.00 | $262.50 |
| 2-Nov-20 | Office Visit | Meet with client. Review HELOC, DOT, statements, foreclosure docs, etc. | 1.25 | $350.00 | $437.50 |
| 2-Nov-20 | Review Case File | Review docs, draft balance of schedules and plan. File ECF 12-14. | 2.75 | $350.00 | $962.50 |
| 2-Dec-20 | Creditor Meeting | Telephonic creditor meeting. | 0.25 | $350.00 | $87.50 |
| 7-Dec-20 | Email or Letter | Confirmed with Trustee property taxes on the commercial property to be paid (ongoing and cure payments) through plan. Called client to advise. | 0.10 | $350.00 | $35.00 |
| 7-Dec-20 | Pleadings | Chapter 13 Trustee's Motion to Dismiss and Objection to Confirmation of Chapter 13 Plan. Scheduled for 1/27/2021 at 9:00 AM. Response due 1/20/2021. | 0.50 | $350.00 | $175.00 |
| 4-Jan-21 | Pleadings | Amend and file Schedule D adding Skagit County Treasurer (fee $32). File Amended Chapter 13 Plan dated Jan. 4, 2021. Motion to Confirm Amended Plan scheduled for 2/10/2021. | 0.75 | $350.00 | $262.50 |
| 7-Jan-21 | Pleadings | Draft and file Response to Trustee's Motion to Dismiss. | 0.25 | $350.00 | $87.50 |
| 4-Feb-21 | Court filing | Motion for Relief from Stay and Declaration, filed by U.S. Bank, N.A. Hearing scheduled for 3/10/2021. Response due 3/3/2021. Download and review. | 0.50 | $350.00 | $175.00 |
| 3-Mar-21 | Claims | Download and review POC 1 (Resurgent for $706.10) POC 2 (Jefferson Capital for $131.36), POC 3 (Skagit Bonded for $293.78), POC 4 -- U.S. Bank ($150,689.38), and POC 4-1 U.S. Bank (change to Rushmore), and 6 Payment Change Notices. | 1.75 | $350.00 | $612.50 |
| 3-Mar-21 | Draft Pleadings | Draft, finalize, and file response to motion for relief from stay. | 0.50 | $350.00 | $175.00 |
| 7-Mar-21 | Amend Plan | Amended Plan dated March 7, 2021. Motion to Confirm scheduled 4/7/2021. | 0.25 | $350.00 | $87.50 |
| 7-Mar-21 | Phone and Emails | Several phone calls and emails with Trustee attorney Anna Park and attorney for creditor Jesse Baker re confirmation. | 0.25 | $350.00 | $87.50 |
| 2-Apr-21 | Review Case File | Case confirmed on 4/2/2021. | 0.00 | $350.00 | $0.00 |
| | | Hours Spent on Chapter 13 Bankruptcy through Confirmation: | 11.35 | $350.00 | $3,972.50 |
| | | Hourly Rate: | | $350.00 | |
| | | Chapter 13 Attorney Fees incurred through 4/2/2021 Confirmation: | | $3,972.50 | |
| | | Filing fee paid to the bankruptcy court ($310) and amendment fee ($32): | | $342.00 | |
| | | On-line counseling fee required by bankruptcy code: | | $60.00 | |
| | | Total fees and costs owed for Chapter 13 through Confirmation: | | $4,374.50 | |
| | | Less $1,500 Chapter 13 Retainer received from Client on 10/14/2020: | | ($1,500.00) | |
| | | Paid by Chapter 13 Trustee: | | ($2,870.00) | |
| | | Balance owing for Chapter 13 through Confirmation: | | $4.50 | |

**EXHIBIT 1**

**EXHIBIT 1**

4/26/2023

Steven C. Hathaway, Attorney at Law
3811 Consolidation Ave.
Bellingham, WA 98227
T: (360) 676-0529 F: (360) 676-0067

Lorin Edwin Massingale, Chapter 13, Case No. 21-01013-MLB
39681 Baker Lake Road in Concrete, Washington ("39681 Baker Lake Road")

| Date | Project Category | Work Performed | Time | Rate | Total |
|---|---|---|---|---|---|
| | | **ADVERSARY PROCEEDING, Adversary No. 21-01013-MLB** | | | |
| 4-Jan-21 | Telephone Call | Call to Paul Richmond re: HELOC docs, QWRs, etc., at cell (360) 820-1360. | 0.10 | $350.00 | $35.00 |
| 27-Jan-21 | Review Docs | Call from client. Research deed of trusts that were recorded and issue whether Teri needed to sign the deed. | 1.50 | $350.00 | $525.00 |
| 29-Jan-21 | Phone Call | Call from client. Discussed QQ deed, his divorce, QWR. Email from Paul Richmond. Email to Paul Richmond. Review loan docs which has wife's name on it but not wife's signature. Discrepency with date of QQ deed. | 0.75 | $350.00 | $262.50 |
| 7-Feb-21 | Review Case File | Go to Paul Richmond's office to pick up client records (approximately 400-500 pages). Several calls to PR's office. | 1.75 | $350.00 | $612.50 |
| 12-Feb-21 | Received Docs | Received very large box from Rushmore containing its response to Paul Richmond QWR. | 0.25 | $350.00 | $87.50 |
| 15-Feb-21 | Email to Client | Email to client advising I received a box from Rushmore containing its response to the Paul Richmond QWR. It is very large. I have not reviewed it yet. Late next week I should be able to get after it. | 0.10 | $350.00 | $35.00 |
| 25-Feb-21 | Review Docs | Review QWR materials received from Rushmore. Well over 1,000 pages. Compare with client records received from Paul Richmond's office including James Sturdevant docs. Obtain property profile from title company. | 3.75 | $350.00 | $1,312.50 |
| 26-Feb-21 | Review Documents | Review mortgage statements for 2017, 2018, 2019, 2020. Create spreadsheet. Review DOT, assignments, note, allonges, etc. | 3.25 | $350.00 | $1,137.50 |
| 26-Feb-21 | Telephone Call | Call to client. 28 minutes regarding the documents. We are meeting on Monday. | 0.50 | $350.00 | $175.00 |
| 1-Mar-21 | Office Visit | Meet with client to discuss lawsuit. | 0.75 | $350.00 | $262.50 |
| 3-Mar-21 | Draft Pleadings | Draft complaint. Facts, RESPA, FDCPA, CPA, breach of contract, negligence, and defamation. Draft response to motion for relief from stay. Evaluate Allonges, note deed | 4.25 | $350.00 | $1,487.50 |
| 6-Mar-21 | Review Case File | Draft complaint. | 2.50 | $350.00 | $875.00 |
| 7-Mar-21 | Draft Pleadings | Finalize and file 85 paragraph, six-count complaint against against US Bank National Association, Caliber Home Loans, Inc., Rushmore Loan Management Services, LLC, and Cover Sheet. and other defendants for violation of the CPA, RESPA, FDCPA, breach of contract, negligence, and defamation. | 3.00 | $350.00 | $1,050.00 |
| 18-Mar-21 | Draft Pleadings | Research who to serve. Put together summons, complaint, cover sheet (x3) for mailing. Mail certified. Postage = $24.15 | 1.00 | $350.00 | $350.00 |
| 4-Apr-21 | Draft & File | Proof of Service of Complaint and Summons. Draft and file with certified mail receipts. | 0.10 | $350.00 | $35.00 |
| 7-Apr-21 | Review & File | Notice of Appearance by Ofunne Edoziem on behalf of Caliber Home Loans, Inc. | 0.10 | $350.00 | $35.00 |
| 12-Apr-21 | Phone Call | Call from client regarding complaint and summons. | 0.25 | $350.00 | $87.50 |

**EXHIBIT 1**

# EXHIBIT 1

**Steven C. Hathaway, Attorney at Law**
**3811 Consolidation Ave.**
**Bellingham, WA 98227**
**T: (360) 676-0529 F: (360) 676-0067**

Lorin Edwin Massingale, Chapter 13, Case No. 21-01013-MLB

39681 Baker Lake Road in Concrete, Washington ("39681 Baker Lake Road")

4/26/2023

| Date | Project Category | Work Performed | Time | Rate | Total |
|---|---|---|---|---|---|
| 16-Apr-21 | Review Pleadings | Answer to Complaint by Rushmore and U.S. Bank (13 pages), Notice Regarding Final Adjudication and Consent, and Corporate Disclosure. Review and file. | 0.75 | $350.00 | $262.50 |
| 6-May-21 | Court Appearance | Pretrial with court. Steve Hathaway representing plaintiff, Michael J. Farrell representing Rushmore and U.S. Bank; Ofunne Edoziem representing Caliber. Two day trial scheduled for 04/21/2022 and 04/22/2022. | 0.33 | $350.00 | $115.50 |
| 18-May-21 | Pleadings | Chapter 13 Trustee's Report of Filed Claims. Download and review. | 0.25 | $350.00 | $87.50 |
| 26-May-21 | Review Pleadings | Answer to Complaint by Caliber (17 pages) & Corporate Disclosure. Review. | 0.75 | $350.00 | $262.50 |
| 1-Jul-21 | Review Pleadings | Notice of Appearance by Thomas Abbott on behalf of Caliber. | 0.10 | $350.00 | $35.00 |
| 6-Jul-21 | Telephone Call | Call from Tom Abbott representing Caliber Home Loans. He wants us to send a demand before sending out discovery. | 0.33 | $350.00 | $115.50 |
| 7-Jul-21 | Email | FRE 408 email from Tom Abbott following up our discussion of yesterday. Return email to him advising I will review the file and get back to you by early August. | 0.25 | $350.00 | $87.50 |
| 24-Jul-21 | Review Case File | Review Massingale file regarding Caliber Home Loans alleged defenses to complaint. RESPA 1-year SOL; no contract; CPA 4-year SOL; injury and damages. | 2.50 | $350.00 | $875.00 |
| 1-Aug-21 | Review Case File | Review documents regarding Caliber and Rushmore and allegations in pleadings as to each. Draft Initial Disclosures for Caliber and Rushmore: Persons with information regarding allegations in the complaint; documents that support his claims as to Caliber and Rushmore; and, preliminary damage calculations. | 3.50 | $350.00 | $1,225.00 |
| 9-Aug-21 | Email | Review, correct, and finalize initial disclosures Caliber. Email to Tom Abbott regarding SOL and other issues he raised, discovery and provide initial disclosures. Review, correct, and finalize initial disclosures to Rushmore. Email to Michael Farrell regarding discovery, provide intial disclosures. Call from Tom Abbott. | 1.50 | $350.00 | $525.00 |
| 26-Aug-21 | Review Documents | Review Caliber materials. Email to Tom Abbott. Did not Caliber have a duty to generate statements and keep the borrower otherwise apprised of the status of the account? I have several escrow statements from Caliber. If they do not have statements please send me a printout of the complete account transaction record for the period that your client serviced the loan. I need to review the account history during Caliber's servicing before considering a settlement offer. | 0.60 | $350.00 | $210.00 |
| 26-Aug-21 | Telephone Call | Call to Tom Abbott (long discussion -- he is sending account history). Call to Mike Farrell (left message). Call to client Massingale (discussed settling, he is in Iowa, asked him to look for statements). | 0.50 | $350.00 | $175.00 |
| 15-Sep-21 | Review Documents | Review QWR response to Paul Richmond's office. Organize file by categories of documents. Work on Interrogatories and RFP for Rushmore. | 1.75 | $350.00 | $612.50 |
| 16-Sep-21 | Draft Pleadings | Review documents provided by client, Paul Richmond, and responses to QWRs. Draft Interrogatories and Request for Production. Call to client. | 2.30 | $350.00 | $805.00 |

EXHIBIT 1

**EXHIBIT 1**

Steven C. Hathaway, Attorney at Law
3811 Consolidation Ave.
Bellingham, WA 98227
T: (360) 676-0529 F: (360) 676-0067

4/26/2023

Lorin Edwin Massingale, Chapter 13, Case No. 21-01013-MLB

39681 Baker Lake Road in Concrete, Washington ("39681 Baker Lake Road")

| Date | Project Category | Work Performed | Time | Rate | Total |
|---|---|---|---|---|---|
| 17-Sep-21 | Draft Pleadings | Work on Interrogatories and Request for Production for Rushmore. | 1.75 | $350.00 | $612.50 |
| 18-Sep-21 | Review Documents | Review HFC docs and Caliber docs, work on interrogatories and RFP for Caliber. | 2.50 | $350.00 | $875.00 |
| 19-Sep-21 | Review Documents | Review complaint, answers, prepare Interrogatories and RFPs for Caliber. | 1.50 | $350.00 | $525.00 |
| 20-Sep-21 | Draft Pleadings | Draft Interrogatories and RFP for Rushmore and Caliber. | 3.00 | $350.00 | $1,050.00 |
| 21-Sep-21 | Draft Pleadings | Finalize Interrogatories and RFP for Caliber & Rushmore, print, PDF, email & mail. | 2.25 | $350.00 | $787.50 |
| 5-Nov-21 | Review Case File | Download and review discovery from Caliber. Forward to client. | 1.25 | $350.00 | $437.50 |
| 5-Nov-21 | Review Case File | Download and review Motion for Judgment on Pleadings, Exhibits, Request for Judicial Notice, and Proposed Order. Review complaint and answer. | 1.60 | $350.00 | $560.00 |
| 6-Nov-21 | Review Case File | Rogs and RFP from Caliber. Download and print. Email to client. Call to client. | 0.50 | $350.00 | $175.00 |
| 6-Nov-21 | Review Case File | Legal research regarding Motion for Judgment on the Pleadings. Review Exhibits, Request for Judicial Notice, RFP responses. Call to client. Made appointment for Monday at 2:00 PM. | 2.75 | $350.00 | $962.50 |
| 7-Nov-21 | Draft Pleadings | Review MTD, exhibits, request for judicial notice. Draft response. | 3.25 | $350.00 | $1,137.50 |
| 8-Nov-21 | Review Documents | Review Caliber response to Interrogatories, Response to RFP, approximately 1,600 pages of documents. Call with client. | 3.00 | $350.00 | $1,050.00 |
| 8-Nov-21 | Email to Client | Sent client four emails with multiple attachments including 808 pages of the Caliber RFP responses. Sent client another 80 pages of Caliber RFP responses. Sent client Caliber's written responses to interrogatories and RFP (37 pages). Sent client 11 documents regarding Caliber servicing of loan (Notice of Transfer, Payment History of the Loan, Payment History of Caliber Servicing the Loan, Default Letter dated 10/31/16, Check dated 12/2/16, Default Letter of 2/21/17, Email Strings, Letters dated 3/14/17, 3/15/17, 4/18/17). See page 2 (08/01/2016) write off balance owing. | 0.50 | $350.00 | $175.00 |
| 9-Nov-21 | Office Visit | Phone call/O.V. with client regarding discovery responses, various correspondence, statements, account histories, etc. | 2.50 | $350.00 | $875.00 |
| 10-Nov-21 | Draft Pleadings | Research Response to MTD. Statute of Limitation, Real Estate Settlement Procedures Act, Fair Debt Collection Practices Act, Consumer Protection Act, Negligence, Defamation, Breach of Contract, Designated Address, Caliber Responses, Standing, Derivative Claims, etc. | 1.75 | $350.00 | $612.50 |
| 11-Nov-21 | Review Documents | Response to MTD. Review Documents. Call to client regarding discovery requests. | 1.00 | $350.00 | $350.00 |

EXHIBIT 1

**EXHIBIT 1**

4/26/2023

Steven C. Hathaway, Attorney at Law
3811 Consolidation Ave.
Bellingham, WA 98227
T: (360) 676-0529 F: (360) 676-0067

Lorin Edwin Massingale, Chapter 13, Case No. 21-01013-MLB

39681 Baker Lake Road in Concrete, Washington ("39681 Baker Lake Road")

| Date | Project Category | Work Performed | Time | Rate | Total |
|---|---|---|---|---|---|
| 12-Nov-21 | Draft Pleadings | Draft Response to MTD, Draft Response to MTD, Consumer Protection Act, Real Estate Settlement Procedures Act, Equitable Tolling, Respa Violation is Predicate for CPA Claim, Recoupment, Breach of Contract, Fair Debt Collection Practices Act, Negligence, Defamation. Review Docs. Call to client regarding discovery requests. | 2.50 | $350.00 | $875.00 |
| 13-Nov-21 | Review Documents | Research Case Law. Servicer, CPA, FDCPA, and QWR. | 1.50 | $350.00 | $525.00 |
| 20-Nov-21 | Telephone Call | Worked on Response to MTD and called client about the phone records and the interrogatories and RFP. | 2.50 | $350.00 | $875.00 |
| 21-Nov-21 | Draft Pleadings | Work on response to MTD. | 0.50 | $350.00 | $175.00 |
| 27-Nov-21 | Review Case File | Research on MTD | 1.25 | $350.00 | $437.50 |
| 28-Nov-21 | Draft Pleadings | Work on Response and Request for Judicial Notice | 1.00 | $350.00 | $350.00 |
| 29-Nov-21 | Draft Pleadings | Work on Response to MTD and Objection to Judicial Notice. | 2.25 | $350.00 | $787.50 |
| 30-Nov-21 | Draft Pleadings | Response to MTD | 2.00 | $350.00 | $700.00 |
| 1-Dec-21 | Draft Pleadings | Finalize and file response to MTD, Applicaiton for Judicial Notice, and Objection to Judicial Notice. | 1.50 | $350.00 | $525.00 |
| 2-Dec-21 | Telephone Call | Telephone call with Tom Abbott re: motion next week and possible settlement (503) 727-2131. | 0.50 | $350.00 | $175.00 |
| 5-Dec-21 | Email or Letter | Call to client. Draft answers to interrogatories. Scan documents for request for production, prepare PDF file with Bates Numbers. | 6.00 | $350.00 | $2,100.00 |
| 6-Dec-21 | Telephone Call | Call with client. Review documents. | 0.25 | $350.00 | $87.50 |
| 8-Dec-21 | Draft Pleadings | Work on Settlement Letter, damages. Call to client regarding bank statements, credit report, attorney payments, etc. | 2.00 | $350.00 | $700.00 |
| 10-Dec-21 | Telephone Call | Call from client. Ran credit report ($37). Work on Rogs and RFP. | 1.50 | $350.00 | $525.00 |
| 11-Dec-21 | Draft Pleadings | Work on Rogs and RFP. client brought in a ton of documentation. | 1.50 | $350.00 | $525.00 |
| 12-Dec-21 | Draft Pleadings | Work on answer to interrogatories and request for production, settlement proposal, call to client. | 1.50 | $350.00 | $525.00 |
| 12-Dec-21 | Draft Pleadings | Work on answer to interrogatories and request for production, settlement proposal, call to client. | 2.50 | $350.00 | $875.00 |
| 13-Dec-21 | Draft Pleadings | Finalize response to Interrogatories and Request for Production. Three calls with client. Scan and copy multiple documents. Email everything to Tom Abbot. | 4.00 | $350.00 | $1,400.00 |
| 14-Dec-21 | Telephone Call | Downlaod and Review Caliber Reply Brief in Support of Motion for Judgment on the Pleadings. Call with Tom Abbott. Call to client. | 0.75 | $350.00 | $262.50 |
| 19-Dec-21 | Draft Pleadings | Scan and finalize Rogs and RFP documents. | 3.25 | $350.00 | $1,137.50 |
| 22-Dec-21 | Court Appearance | Prep and attend motion to dismiss hearing. (3 hours). Call to Tom Abbott (.5) | 1.75 | $350.00 | $612.50 |

**EXHIBIT 1**

# EXHIBIT 1

**Steven C. Hathaway, Attorney at Law**
**3811 Consolidation Ave.**
**Bellingham, WA 98227**
**T: (360) 676-0529 F: (360) 676-0067**

**Lorin Edwin Massingale, Chapter 13, Case No. 21-01013-MLB**

**39681 Baker Lake Road in Concrete, Washington ("39681 Baker Lake Road")**

4/26/2023

| Date | Project Category | Work Performed | Time | Rate | Total |
|---|---|---|---|---|---|
| 8-Jan-22 | Draft Pleadings | Research brief for designated address under RESPA; Reg. X 12 CFR § 1024.38(b)(1), (b)(5); 12 CFR §1024.36(f); 12 U.S.C. § 2605(e)(1)(B); Thepvongsa v. Reg'l Tr. Servs. Corp., 972 F. Supp. 2d 1221 (W.D. Wash. 2013); Medrano v. Flagstar Bank, 704 F.3d 661, 665–666 (9th Cir. 2012); Friedman v. Maspeth Fed. Loan & Sav. Ass'n, 30 F. Supp. 3d 183, 187 (E.D.N.Y. 2014); Rawlings v. Dovenmuehle, 64 F. Supp. 2d 1156 (M.D. Ala. 1999); Bates v. JPMorgan Chase Bank, 768 F.3d 1126, 1135 (11th Cir. 2014); Nash v. PNC Bank, 2017 WL 1424317, at *7 (D. Md. Apr. 20, 2017); 12 C.F.R. §§ 1024.1-1024.41. | 1.33 | $350.00 | $465.50 |
| 9-Jan-22 | Review Documents | Review Caliber's brief on designated address under RESPA. | 0.25 | $350.00 | $87.50 |
| 13-Jan-22 | Draft Pleadings | Draft Supplemental Brief on for designated address under RESPA. | 1.00 | $350.00 | $350.00 |
| 14-Jan-22 | File Documents on E | Review, correct, & finalize/file brief on designated address for QWR. | 1.25 | $350.00 | $437.50 |
| 10-Feb-22 | Pleadings | Download and review Order Granting Motion for Judgment on the Pleadings with Leave to Amend. | 0.25 | $350.00 | $87.50 |
| 21-Feb-22 | Draft Pleadings | Review factual allegations in original complaint, review loan documents and correspondence from HFC, Caliber, and Rushmore, review Caliber and Rushmore responses to QWRs, review discovery responses. | 1.50 | $350.00 | $525.00 |
| 24-Feb-22 | Draft Pleadings | Draft expanded factual allegations for amended Amended Complaint. | 1.75 | $350.00 | $612.50 |
| 25-Feb-22 | Draft Pleadings | Research law for Amended Complaint.  Correspondence from Caliber to Plaintiff, Correspondence from Rushmore to Plaintiff, Correspondence from Plaintiff to Caliber and Rushmore, Research Monthly Statement Requirements, Dodd-Frank Act and the Truth in Lending Act, Washington Collection Agency Act, Per Se Violations of the CPA, Equitable Tolling, Damages, Research Real Estate Settlement Procedures Act, Consumer Protection Act, etc. | 1.50 | $350.00 | $525.00 |
| 26-Feb-22 | Draft Pleadings | Draft Amended Complaint combining facts and law. | 1.10 | $350.00 | $385.00 |
| 27-Feb-22 | Draft Pleadings | Draft Amended Complaint combining facts and law. | 0.75 | $350.00 | $262.50 |
| 4-Mar-22 | Draft Pleadings | Finalize Amended Complaint and file with court. | 2.25 | $350.00 | $787.50 |
| 7-Mar-22 | Stipulation | Discuss and agree to Stipulated Motion To Extend Trial Date and Deadlines. Request trial be moved from April 28 and 29, 2022, to October 3-4, 2022. | 0.50 | $350.00 | $175.00 |
| 17-Mar-22 | Pleadings | Rushmore Answer to Amended Complaint. Download and review. | 0.50 | $350.00 | $175.00 |
| 17-Mar-22 | Pleadings | Caliber Motion to Dismiss Amended Complaint. Download and review. | 0.75 | $350.00 | $262.50 |
| 1-Apr-22 | Draft Pleadings | Work on Response to MTD Amended Compaint.  Real Estate Settlement Procedures Act, Fair Debt Collection Practices Act, Washington Consumer Protection Act, Damages, Consumer Loan Act, Mortgage Loan Servicing Act, Truth in Lending Act, Equitable Tolling, etc. | 2.25 | $350.00 | $787.50 |
| 2-Apr-22 | Draft Pleadings | Work on Response to MTD. RESPA, FDCPA, WCPA, Damages, CLA, MLSA, TILA, Equitable Tolling, etc. | 2.00 | $350.00 | $700.00 |

**EXHIBIT 1**

**Steven C. Hathaway, Attorney at Law**
**3811 Consolidation Ave.**
**Bellingham, WA 98227**
**T: (360) 676-0529 F: (360) 676-0067**

# EXHIBIT 1

**Lorin Edwin Massingale, Chapter 13, Case No. 21-01013-MLB**

**39681 Baker Lake Road in Concrete, Washington ("39681 Baker Lake Road")**

4/26/2023

| Date | Project Category | Work Performed | Time | Rate | Total |
|---|---|---|---|---|---|
| 3-Apr-22 | Draft Pleadings | Multiple calls with client. Work on response to MTD, work on Objection to Caliber's request for judicial notice. Work on Plaintiff Motion for Judicial Notice. | 2.75 | $350.00 | $962.50 |
| 4-Apr-22 | Draft Pleadings | Draft Response, Request for Judical Notice, with 17 Exhibits. | 2.00 | $350.00 | $700.00 |
| 5-Apr-22 | Draft Pleadings | Work on Response to MTD, Request for Judicial Notice, and exhibits. | 2.50 | $350.00 | $875.00 |
| 6-Apr-22 | Draft Pleadings | Finalize Reponse to MTD 2. Objection to Caliber's request for judicial notice. Motion for Judicial Notice. Prepare Exhibits. File everything. Call to client. | 3.25 | $350.00 | $1,137.50 |
| 27-Apr-22 | Court Appearance | Prepare for MTD hearing and attend hearing. Ordered Transcript of ruling. | 1.50 | $350.00 | $525.00 |
| 29-Apr-22 | Email or Letter | Received 7 page letter from Mike Farrell regarding Rushmore's view of the discrepencies in the correspondence, statements, payment histories, etc. Cursory review of letter. Need focused read. Emailed Mike saying received and would respond. Emailed letter to client. | 0.50 | $350.00 | $175.00 |
| 29-Apr-22 | Telephone Call | Call to Tom Abbott regarding case. Discussed our respective positions for 34 minutes. | 0.50 | $350.00 | $175.00 |
| 5-May-22 | Email or Letter | Review exhibits to determine who to depose. Email to Tom Abbott. Martha Ellis -- letter dated 08-12-2016 (Caliber 0031). Author of notices of default dated 10/31/2016 (Caliber 0037-0039) and 02/21/2017 (Caliber 0106-0108). Kawanna Coppage -- letters dated 12/28/2016 (Caliber 0059-0061), 02/08/2017 (Caliber 0092-0094), and 10/11/2017 (Caliber 00141). Author of 01/19/2017 escrow analysis (Caliber 0292-0294). Manager of Customer Service that received and reviewed emails from Plaintiff and 03/14/2017 and sent "Billing Statement Inquiry" to Complaint Inbox -- Inbound CustCare (Caliber 0178 and 0179). Manager of Complaint Inbox. Author of 03/14/2017 letter from Customer Support and Escalation Department (Caliber 0110). Manager of Customer Support and Escalation Department. All personnel identified in Inquiry Review Form (Caliber 0156 and 0162). Kristel Stevens, LaCharles Purvey, Grace Sadler, Chad Williamson, Stephanie Dickson, Lucero Flores, Rod Wylie, Reid Remington, Dodd Pawlinski, Bryan Hall, Amy Dearinger, Erika Naylor (Hello, BK Chapter 7 98-02782). Courtney Ruiz -- letter dated 04/18/2017 (Caliber 0110) and letter dated 11/17/2017 (Caliber 0145-0146). | 2.00 | $350.00 | $700.00 |
| 11-May-22 | Draft Pleadings | Got transcript 04-27-22 oral ruling (paid $174.84 with my credit card). Read the ruling. Prepared proposed order and attached the oral ruling. Emailed counsel. | 1.25 | $350.00 | $437.50 |
| 23-May-22 | Telephone Call | Call to Tom Abbott re discovery. Also submitted received unsigned order. | 0.50 | $350.00 | $175.00 |
| 23-May-22 | Pleadings | Caliber Answer to Amended Complaint. Download and review. | 0.40 | $350.00 | $140.00 |
| 24-May-22 | Pleadings | Order on Motion to Dismiss Amended Complaint entered. Download and file. | 0.10 | $350.00 | $35.00 |
| 30-May-22 | Draft Pleadings | Draft 30(b)(6) Deposition Notices. Need to finish. | 2.00 | $350.00 | $700.00 |
| 4-Jun-22 | Draft Pleadings | Work on 30(b)(6) depostion notices with topics | 1.25 | $350.00 | $437.50 |
| 6-Jun-22 | Draft Pleadings | Work on Deposition Topics. | 2.50 | $350.00 | $875.00 |

**EXHIBIT 1**

**EXHIBIT 1**

Steven C. Hathaway, Attorney at Law
3811 Consolidation Ave.
Bellingham, WA 98227
T: (360) 676-0529 F: (360) 676-0067

4/26/2023

**Lorin Edwin Massingale, Chapter 13, Case No. 21-01013-MLB**

**39681 Baker Lake Road in Concrete, Washington ("39681 Baker Lake Road")**

| Date | Project Category | Work Performed | Time | Rate | Total |
|---|---|---|---|---|---|
| 7-Jun-22 | Draft Pleadings | 30(b)(6) work | 1.50 | $350.00 | $525.00 |
| 13-Jun-22 | Draft Pleadings | 06/11/2022. Finalize and email the 30(b)(6) deposition notice to Tom Abbott. | 0.75 | $350.00 | $262.50 |
| 13-Jun-22 | Review Documents | Email from client. Call to Tom Abbott (left message). Call to client to discuss the case. Call and email to Mike Farrell. | 0.50 | $350.00 | $175.00 |
| 17-Jun-22 | Telephone Call | Call with Mike Farrell. Email to Mike and Tom. I have discussed with each of you the scheduling of depositions, possible mediation, and trial. I would like to schedule a conference call for next week so we can discuss a plan. | 0.50 | $350.00 | $175.00 |
| 21-Jun-22 | Telephone Call | Conference with Defendant counsel regarding case schedule. Mediation, etc. | 0.25 | $350.00 | $87.50 |
| 22-Jun-22 | Telephone Call | Calls and emails regarding mediation. JDR inquiries, JAMS inquires, multiple emails to defendant counsel. | 1.25 | $350.00 | $437.50 |
| 26-Jun-22 | Review Documents | Review Rushmore discovery. Draft 30(b)(6) topics. 7 am to 10:30 am. | 3.50 | $350.00 | $1,225.00 |
| 27-Jun-22 | Review Documents | Discovery Review and 30(b)(6) prep. | 1.50 | $350.00 | $525.00 |
| 28-Jun-22 | Email or Letter | Email from Tom Abbott regarding deposition of Caliber. Last week of July 2022 works for him. Emailed him back and said the 26th or 29th work. Finalize 30(b)(6) deposition notice for Rushmore. Sent to Michael Farrell. | 1.50 | $350.00 | $525.00 |
| 11-Jul-22 | Telephone Call | Call with Corpolongo regarding video deposition. Call to Tom Abbott. | 0.33 | $350.00 | $115.50 |
| 11-Jul-22 | Draft Pleadings | Finalize 30(b)(6) Deposition Notice for Caliber. Send to Tom Abbott and Michael Farrell. | 1.25 | $350.00 | $437.50 |
| 17-Jul-22 | Draft Pleadings | Review documents. | 2.00 | $350.00 | $700.00 |
| 21-Jul-22 | Review Docs | Review complaint, QWR responses, and case file. Call client regarding claims, defenses, damages, MFSJ, etc. | 2.25 | $350.00 | $787.50 |
| 23-Jul-22 | Draft Pleadings | Research FDCPA and WCPA statutes and case law. | 1.50 | $350.00 | $525.00 |
| 24-Jul-22 | Draft Pleadings | MFSJ 8:30 TO 1:30. Review Caliber and Rushmore Discovery. | 2.50 | $350.00 | $875.00 |
| 28-Jul-22 | Draft Pleadings | MFSJ. Review Caliber and Rushmore Discovery. | 1.25 | $350.00 | $437.50 |
| 29-Jul-22 | Draft Pleadings | Call to client. Draft MFSJ Caliber and Rushmore. | 2.50 | $350.00 | $875.00 |
| 31-Jul-22 | Draft Pleadings | Draft MFSJ Caliber and Rushmore. Review discovery for exhibits. | 2.25 | $350.00 | $787.50 |
| 1-Aug-22 | Draft Pleadings | MFSJ Rushmore, Dec of Counsel, Dec of Plaintiff, Notice, Proposed Order and 20 exhibits | 1.75 | $350.00 | $612.50 |
| 2-Aug-22 | Draft Pleadings | MFSJ Caliber, Dec of Counsel, Dec of Plaintiff, Notice, Proposed Order and 19 exhibits. Finalize and file. | 3.00 | $350.00 | $1,050.00 |
| 3-Aug-22 | Draft Pleadings | MFSJ Rushmore, Dec of Counsel, Dec of Plaintiff, Notice, Proposed Order and 20 exhibits. Finalize and file. | 2.50 | $350.00 | $875.00 |
| 4-Aug-22 | | Prepare for Plaintiff Deposition. Call to client x 3. | 3.75 | $350.00 | $1,312.50 |
| 5-Aug-22 | Deposition | Travel to Seattle for Plaintiff Deposition. Left Bellingham at 6:00 AM. Got home at 8:40 PM. Deposition lasted from 10:00 AM until 6:30 PM. Both Caliber and Rushmore deposed Plaintiff. 12 hours and 40 minutes. | 12.50 | $350.00 | $4,375.00 |

**EXHIBIT 1** 8

**EXHIBIT 1**

Steven C. Hathaway, Attorney at Law
3811 Consolidation Ave.
Bellingham, WA 98227
T: (360) 676-0529 F: (360) 676-0067

4/26/2023

Lorin Edwin Massingale, Chapter 13, Case No. 21-01013-MLB

39681 Baker Lake Road in Concrete, Washington ("39681 Baker Lake Road")

| Date | Project Category | Work Performed | Time | Rate | Total |
|---|---|---|---|---|---|
| 8-Aug-22 | Review Case File | Prepare for Caliber deposition. Review complaint, MFSJ, 30(b)(6) Notice of Deposition, Caliber and Rushmore discovery responses. | 4.50 | $350.00 | $1,575.00 |
| 9-Aug-22 | Review Case File | Attend deposition via Zoom 8:00 am - 4:30 pm | 8.50 | $350.00 | $2,975.00 |
| 15-Aug-22 | Telephone Call | T.C. with M. Farrell regarding deposition scheduled for August 19th. Agreed to continue to September 9, 2022. Agreed to move trial for settlement discussions and mediation. | 0.25 | $350.00 | $87.50 |
| 19-Aug-22 | Review Case File | Call to JDR about mediator availability for October 3rd or 4th. Nona told me who was available. Downloaded their qualification summaries from the JDR website. Emaied Tom Abbott and Michael Farrell with potential mediators for full day mediation either October 3rd or October 4th. Called client about monthly business expenses. Also advised him of mediation and cost of $2,500 to $3,000. | 0.75 | $350.00 | $262.50 |
| 19-Aug-22 | Review Case File | Email to Tom Abbott and Michael Farrell with the certified mail receipts and said I would get them an itemization of the monthly business expenses. | 0.10 | $350.00 | $35.00 |
| 19-Aug-22 | Email or Letter | Email to client regarding damages: 1) Business income and expenses; 2) Cost for obtaining various documentation regarding your HELOC payments, property taxes, insurance, etc; 3) Expenses to attorneys (before filing suit); 4) Estimated paid $106 in costs for 2016, 2017, 2018, 2019 bank statements from Skagit State Bank; 5) Damages to credit rating because not reporting payments; 6) Emotional distress, anxiety, confusion, frustration, anger, anxiety, nervousness, and fear of foreclosure of home. Asked for former girlfriend's full name and address. | 0.25 | $350.00 | $87.50 |
| 23-Aug-22 | Review | Discuss and agree to Stipulated Motion To Extend Trial Date and Deadlines. Request trial be moved from October 3-4, 2022 to February 13-14, 2023. | 0.25 | $350.00 | $87.50 |
| 24-Aug-22 | Review | Order continuing trial date to February 13 & 14, 2023. | 0.10 | $350.00 | $35.00 |
| 30-Aug-22 | Telephone Call | Review Rushmore Documents. Call with Michael Farrel to discuss Rushmore deposition questions. | 2.00 | $350.00 | $700.00 |
| 30-Aug-22 | Telephone Call | Call client to discuss settlement. Called client a second time to explain fees and costs. | 0.25 | $350.00 | $87.50 |
| 31-Aug-22 | Telephone Call | Call client to discuss settlement and explain pros and cons of settling case. | 1.00 | $350.00 | $350.00 |
| 31-Aug-22 | Emails | Email to cancel 9/9/22 deposition to reschedule. Emails to Michael Farrell and Tom Abbott regarding mediation by Zoom. | 0.75 | $350.00 | $262.50 |
| 02-Sep-22 | Telephone Call | Call to client re email from mediator, invoice for deposition, invoice for mediation. | 0.50 | $350.00 | $175.00 |
| 06-Sep-22 | Telephone Call | Call to client. Told him to call. He called back on my drive home. We discussed potential settlement, mediation expense, and call with Caliber attorney tomorrow. | 0.10 | $350.00 | $35.00 |
| 07-Sep-22 | Telephone Call | Call to Tom Abbott regarding possible settlement. | 0.50 | $350.00 | $175.00 |
| 15-Sep-22 | Email or Letter | Emails to both Rushmore and Caliber regarding mediation. Call to Michael Farrell regarding mediation, docs requested, and settlement. Email to Rushmore, Caliber, and client. Call to client, left message. | 0.50 | $350.00 | $175.00 |

**EXHIBIT 1**

**EXHIBIT 1**

4/26/2023

Steven C. Hathaway, Attorney at Law
3811 Consolidation Ave.
Bellingham, WA 98227
T: (360) 676-0529 F: (360) 676-0067

Lorin Edwin Massingale, Chapter 13, Case No. 21-01013-MLB

39681 Baker Lake Road in Concrete, Washington ("39681 Baker Lake Road")

| Date | Project Category | Work Performed | Time | Rate | Total |
|---|---|---|---|---|---|
| 16-Sep-22 | Telephone Call | Phone Call with client to discuss damages. He was going to come see me on Saturday (9/17/2022). Didn't come. Spoke to him again on 9/18/2022. He couldn't come on Saturday because blew a tire. | 0.33 | $350.00 | $115.50 |
| 20-Sep-22 | Telephone Call | Text from client to me regarding possible settlement and fees. | 1.50 | $350.00 | $525.00 |
| 26-Sep-22 | Draft Pleadings | Call to client re mediation. Draft mediation summary. | 2.50 | $350.00 | $875.00 |
| 27-Sep-22 | Email or Letter | Review MFSJs & Exhibits, draft cover Letter to Judge Lau for mediation with 4 exhibits. | 4.25 | $350.00 | $1,487.50 |
| 03-Oct-22 | Court Appear | Prepare for Mediation and attend mediation. 8:00 AM to 4:10 PM. | 8.00 | $350.00 | $2,800.00 |
| 07-Oct-22 | Telephone Call | Call from Michael Farrell re settlement offer (spoke with 10 minutes), called client with offer. He subsequently called back. | 0.25 | $350.00 | $87.50 |
| 17-Oct-22 | Telephone Call | Call with client regarding counter offer. Email to Michael. | 2.50 | $350.00 | $875.00 |
| 19-Oct-22 | Telephone Call | Call Michael Farrell (.25). Call client (.25). Discuss with associates (.25). | 0.75 | $350.00 | $262.50 |
| 27-Oct-22 | Telephone Call | Email from Michael. Call from Michael. Email to client. Call to client. | 0.33 | $350.00 | $115.50 |
| 05-Nov-22 | Review Case File | Email to client x 2 with promissory note, Mtg statement, interest pmt change, etc. | 2.25 | $350.00 | $787.50 |
| 07-Nov-22 | Telephone Call | Call to client re settlement. Reviewed October 05, 2022 Rushmore statement with him. Also reviewed payment history from trustee website, etc. 35 minutes. | 0.40 | $350.00 | $140.00 |
| 14-Nov-22 | Email or Letter | Bill from Buell Reporting for $2,637.75 ($1,484.00 for Jamar Harris plus $1,153.75 for Caliber Home Loans). | 0.00 | $350.00 | $0.00 |
| 16-Nov-22 | Telephone Call | Call from Michael Farrell to discuss settlement. Called client to discuss. | 0.50 | $350.00 | $175.00 |
| 28-Nov-22 | Telephone Call | Call to Michael Farrell. | 0.25 | $350.00 | $87.50 |
| 09-Dec-22 | Review Case File | Email to Michael Ferrell re settlement, call to discuss, discuss MFSJ and dates. Review POC detail. Call to client x 3. | 3.50 | $350.00 | $1,225.00 |
| 10-Dec-22 | Review Docs | Review 2 years of payment change notices. Create spreadsheet. | 2.75 | $350.00 | $962.50 |
| 11-Dec-22 | Review Case File | Review Rogs and RFP responses 8,726 pages. QWRS and Letters. | 3.50 | $350.00 | $1,225.00 |
| 11-Dec-22 | Review Docs | RFP pages 1601 to 2747. | 2.50 | $350.00 | $875.00 |
| 12-Dec-22 | Draft Pleadings | Work on MFSJ. Call to client x 3, email and text to client. Call with Michael Farrell. Research application of payments law: In re Frazer, 377 B.R. 621 (B.A.P. 9th Cir. 2007), In re Boday, 397 B.R. 846 (Bankr. N.D. Ohio 2008), Rake v. Wade, 508 U.S. 464 (1993), In re Lopez, 372 B.R. 40 (9th Cir. BAP 2007). | 1.75 | $350.00 | $612.50 |
| 13-Dec-22 | Draft Pleadings | Letter with Proposed Settlement and Draft MFSJ. | 2.25 | $350.00 | $787.50 |
| 14-Dec-22 | Draft Pleadings | Draft, finalize, format exhibits, and file MFSJ, Dec of counsel, Dec of client, 23 exhibits, Notice of Motion, Proposed Order. | 2.10 | $350.00 | $735.00 |
| 16-Dec-22 | Telephone Call | Call Michael Farrell re MFSJ and settlement. Emails of statements to client. | 0.50 | $350.00 | $175.00 |
| 27-Dec-22 | Review Docs | Review Rushmore MFSJ, Dec of Anthony Younger (43 Exhibits 1721 Pages), Review David Cramer Declaration with 3 Exhibits, Review Defendants MFSJ. | 3.75 | $350.00 | $1,312.50 |

**EXHIBIT 1**

10

**EXHIBIT 1**

Steven C. Hathaway, Attorney at Law
3811 Consolidation Ave.
Bellingham, WA 98227
T: (360) 676-0529 F: (360) 676-0067

Lorin Edwin Massingale, Chapter 13, Case No. 21-01013-MLB
39681 Baker Lake Road in Concrete, Washington ("39681 Baker Lake Road")

4/26/2023

| Date | Project Category | Work Performed | Time | Rate | Total |
|---|---|---|---|---|---|
| 30-Dec-22 | Draft Pleadings | Response to MFSJ. Review dep transcript (350 pages). Review QWRs responses. | 2.25 | $350.00 | $787.50 |
| 01-Jan-23 | Draft Pleadings | Work on Response to MFSJ. | 1.00 | $350.00 | $350.00 |
| 04-Jan-23 | Review Docs | Work on Response to MFSJ, exhibits, etc. | 1.75 | $350.00 | $612.50 |
| 04-Jan-23 | Draft Pleadings | Finalize Response to Rushmore MFSJ. | 2.33 | $350.00 | $815.50 |
| 05-Jan-23 | Draft Pleadings | Draft Reply to Defendants response to MFSJ. | 2.50 | $350.00 | $875.00 |
| 06-Jan-23 | Draft Pleadings | Finalize and file Reply to Defendants' MFSJ. | 1.75 | $350.00 | $612.50 |
| 10-Jan-23 | Review Case File | Review MFSJ, response, reply. Review MFSJ, response, reply. All exhibits. | 1.25 | $350.00 | $437.50 |
| 11-Jan-23 | Court Appear | Prep 1 hour and then 2 hour Hearing on MFSJ. Call with Michael Farrell after the hearing (10 minutes). Call with client after hearing (20 minutes). | 3.50 | $350.00 | $1,225.00 |
| 12-Jan-23 | Review Docs | Work on FDCPA supplemental brief. Call to client. | 1.25 | $350.00 | $437.50 |
| 13-Jan-23 | Draft Pleadings | Work on Supplemental Brief | 2.00 | $350.00 | $700.00 |
| 25-Jan-23 | Draft Pleadings | 1/23, 1/24, and 1/25, review pleadings, research, and draft supplemental brief. | 4.75 | $350.00 | $1,662.50 |
| 08-Feb-23 | Court Appear | SJ Ruling. Call to client. Email to Michael Farrell regarding 30(b)(6) deposition. | 1.10 | $350.00 | $385.00 |
| 17-Feb-23 | Telephone Call | Call from Michael Farrell re settlement. Called him back. He then called me back (15 minutes total); call to client re settlement (11 minutes); Draft letter to Michael Farrel re settlement; review POC 4 and reinstatement quote, review Notice of Payment Change for 01/2023 and 02/2023, email to Michael Farrell regarding 01/2023 and 02/2023 Notice of Payment Change (45 minutes). | 1.15 | $350.00 | $402.50 |
| 18-Feb-23 | Review Docs | Email to client with copy of Settlement Letter, Proof of Claim No. 4 (POC 4), HELOC Statement dated 02-06-2023, will call you tomorrow morning to discuss. | 2.00 | $350.00 | $700.00 |
| 19-Feb-23 | Telephone Call | Call with client re settlement proposal. | 0.33 | $350.00 | $115.50 |
| 21-Feb-23 | Email or Letter | Letter to Michael Farrell re settlement. Also called him. Copied letter to client. | 0.75 | $350.00 | $262.50 |
| 08-Mar-23 | Telephone Call | Call to client re settlement coverage date and notice of payment changes (45 minutes). Call to Michael Farrel (.25). Call from Michael Farrell (.25). Draft spreadsheet and email to Michael Farrell with issues re payment change notices (.75), payoff quote, ecrow/impound overdraft, Suspense Balance, Unpaid Late Charges, recoverable Corporate Advances, Recon/Recording Fee, etc. | 1.75 | $350.00 | $612.50 |
| 09-Mar-23 | Telephone Call | Call to Michael Farrell re settlement agreement. | 0.50 | $350.00 | $175.00 |
| 29-Mar-23 | Telephone Call | Call and email to client regarding Revised Settlement Agreement. | 0.25 | $350.00 | $87.50 |
| 02-Apr-23 | Email or Letter | Call and email to client regarding Revised Settlement Agreement. | 0.25 | $350.00 | $87.50 |
| 04-Apr-23 | Email or Letter | Call and email to client. Call ASAP. | 0.25 | $350.00 | $87.50 |
| 06-Apr-23 | Email or Letter | Email to Michael Farrell regarding paragraph 3 of revised settlement agreement. | 0.25 | $350.00 | $87.50 |
| 07-Apr-23 | Email or Letter | Call to client re Settlement and Release Agreement and Chapter 13 case. Please return ASAP and call. Email to client. | 0.25 | $350.00 | $87.50 |

**EXHIBIT 1**

Steven C. Hathaway, Attorney at Law  
3811 Consolidation Ave.  
Bellingham, WA 98227  
T: (360) 676-0529 F: (360) 676-0067

# EXHIBIT 1

4/26/2023

Lorin Edwin Massingale, Chapter 13, Case No. 21-01013-MLB

39681 Baker Lake Road in Concrete, Washington ("39681 Baker Lake Road")

| Date | Project Category | Work Performed | Time | Rate | Total |
|---|---|---|---|---|---|
| 09-Apr-23 | Email or Letter | Called and left client another message this morning re Settlement and Release Agreement. Emailed client. | 0.25 | $350.00 | $87.50 |
| 11-Apr-23 | Email or Letter | Phone call and email to client re Settlement and Release Agreement, mortgage arears, plan amendment, etc. Call to Rushmore counsel re settlement on 04-10-2023. | 0.25 | $350.00 | $87.50 |
| 16-Apr-23 | Telephone Call | Phone call to client. Left message. Also emailed. Re: Settlement and Release, mortgage arears, plan amendment, completion of bankruptcy. | 0.25 | $350.00 | $87.50 |
| 18-Apr-23 | Email or Letter | Draft letter to client regarding settlement and withdrawal. Regular mail and email. | 1.00 | $350.00 | $350.00 |
| 23-Apr-23 | Draft Pleadings | Preparation of Fee Application | 2.00 | $350.00 | $700.00 |

| | |
|---|---|
| Total Hours Spent Working on Adversary: | 305.04 |
| Hourly Rate: | $350.00 |
| Total adversary fees from October 8, 2020 through April 23, 2023: | $106,764.00 |
| Adversary costs: | $4,528.98 |
| Total adversary fees and costs: | $111,292.98 |
| 30% reduction in fees: | ($32,029.20) |
| Total adversary fees and costs due after 30% reduction in fees: | $79,263.78 |
| Total Chapter 13 fees and costs: | $4,374.50 |
| Total fees and costs for Chapter 13 and adversary through April 23, 2023: | $83,638.28 |

PAYMENTS RECEIVED IN CHAPTER 13:

| | |
|---|---|
| Retainer from client for Chapter 13: | $1,500.00 |
| Payment from Chapter 13 Trustee: | $2,870.00 |
| Total payments received on Chapter 13: | $4,370.00 |

PAYMENTS RECEIVED ON ADVERSARY PROCEEDING

| | |
|---|---|
| Mediation fee (Paid by Client): | $2,574.74 |
| Client's deposition fee (Paid by Client): | $1,718.25 |
| Attorney fee payment: | $5,000.00 |
| Attorney fee payment: | $5,000.00 |
| Attorney fee payment: | $20,000.00 |
| Total payments received on adversary: | $34,292.99 |

| | |
|---|---|
| Balance owed for Chapter 13 and Adversary after deducting payments received: | $44,975.29 |

EXHIBIT 1

**EXHIBIT 1**

**Steven C. Hathaway, Attorney at Law**
**3811 Consolidation Ave.**
**Bellingham, WA 98227**
**T: (360) 676-0529 F: (360) 676-0067**

**Lorin Edwin Massingale, Chapter 13, Case No. 21-01013-MLB**

**39681 Baker Lake Road in Concrete, Washington ("39681 Baker Lake Road")**

4/26/2023

| Date | Project Category | Work Performed | Time | Rate | Total |
|---|---|---|---|---|---|

**COSTS**

<u>BANKRUPTCY COSTS</u>

| Date | Work Performed | Total |
|---|---|---|
| 19-Oct-20 | Bankruptcy filing fee: | $310.00 |
| 19-Oct-20 | On-line counseling fee: | $60.00 |
| 4-Jan-21 | Chapter 13 amendment fee: | <u>$32.00</u> |
|  | Total Chapter 13 Bankruptcy Costs: | <u>$402.00</u> |

<u>ADVERSARY PROCEEDING COSTS</u>

| Date | Work Performed | Total |
|---|---|---|
| 18-Mar-21 | Postage for mailing complaint to defendants: | $24.15 |
| 10-Dec-21 | Plaintiff Credit Report: | $37.00 |
| 11-May-22 | Transcript from Oral Ruling: | $174.84 |
| 21-Sep-22 | Client's deposition fee (Paid by Client): | $1,718.25 |
| 19-Sep-22 | Mediation fee (Paid by Client): | <u>$2,574.74</u> |
|  | Total Adversary Proceeding Costs: | <u>$4,528.98</u> |

**EXHIBIT 1**

| Date | Project Category | Work Performed | Time | Rate | Total |
|---|---|---|---|---|---|
| 8-Oct-20 | Office Visit | Meet with client regarding pending foreclosure, mortgage discrepencies, QWRs. | 1.50 | $350.00 | $525.00 |
| 19-Oct-20 | Review Docs | Petition and creditor matrix for emergency Ch 13 filed on 10/19/2020 per client's request. Trustee Sale scheduled for 10/30/2020. Notice of Trustee Sale recorded 6-29-2020 (202006290303). File ECF 1. Fax notice of bankruptcy filing to foreclosure trustee. Paid filing fee of $310 and counseling fee of $48. | 0.75 | $350.00 | $262.50 |
| 2-Nov-20 | Office Visit | Meet with client. Review HELOC, DOT, statements, foreclosure docs, etc. | 1.25 | $350.00 | $437.50 |
| 2-Nov-20 | Review Case File | Review docs, draft balance of schedules and plan. File ECF 12-14. | 2.75 | $350.00 | $962.50 |
| 2-Dec-20 | Creditor Meeting | Telephonic creditor meeting. | 0.25 | $350.00 | $87.50 |
| 7-Dec-20 | Email or Letter | Confirmed with Trustee property taxes on the commercial property to be paid (ongoing and cure payments) through plan. Called client to confirm nonot to pay the taxes directly. | 0.10 | $350.00 | $35.00 |
| 7-Dec-20 | Pleadings | Chapter 13 Trustee's Motion to Dismiss. Also filed Objection to Confirmation of Chapter 13 Plan. Scheduled for 1/27/2021 at 9:00 AM. Response due by 1/20/2021. Download and review. | 0.50 | $350.00 | $175.00 |
| 4-Jan-21 | Pleadings | Amend and file Schedule D adding Skagit County Treasurer (fee $32). File Amended Chapter 13 Plan dated Jan. 4, 2021. Motion to Confirm Amended Plan scheduled for 2/10/2021. | 0.75 | $350.00 | $262.50 |
| 7-Jan-21 | Pleadings | Draft and file Response to Trustee's Motion to Dismiss. | 0.25 | $350.00 | $87.50 |
| 4-Feb-21 | Court filing | Motion for Relief from Stay and Declaration, filed by U.S. Bank, N.A. Hearing scheduled for 3/10/2021 at 09:00 AM. Response due by 3/3/2021. Download and review. ECF 35-36. | 0.50 | $350.00 | $175.00 |
| 3-Mar-21 | Claims | Download and review POC 1 (Resurgent for $706.10) POC 2 (Jefferson Capital for $131.36), POC 3 (Skagit Bonded for $293.78), POC 4 -- U.S. Bank ($150,689.38), and POC 4-1 U.S. Bank (change to Rushmore), and 6 Payment Change Notices. | 1.75 | $350.00 | $612.50 |
| 3-Mar-21 | Draft Pleadings | Draft, finalize, and file response to motion for relief from stay. | 0.50 | $350.00 | $175.00 |
| 7-Mar-21 | Amend Plan | Amended Chapter 13 Plan dated March 7, 2021. Motion to Confirm Amended Plan scheduled for 4/7/2021. | 0.25 | $350.00 | $87.50 |
| 7-Mar-21 | Phone and Emails | Several phone calls and emails with Trustee attorney Anna Park and attorney for creditor Jesse Baker re confirmation. | 0.25 | $350.00 | $87.50 |
| 2-Apr-21 | Review Case File | Case confirmed on 4/2/2021. | 0.00 | $350.00 | $0.00 |
| | | Hours Spent on Chapter 13 Bankruptcy: | 11.35 | $350.00 | $3,972.50 |
| | | Hourly Rate: | | $350.00 | |
| | | Chapter 13 Attorney Fees through 4/2/2021 Confirmation: | | $3,972.50 | |
| | | Filing fee paid to the bankruptcy court ($310) and amendment fee ($32): | | $342.00 | |
| | | On-line counseling fee required by bankruptcy code: | | $60.00 | |
| | | Total fees and costs owed: | | $4,374.50 | |
| | | Less $1,500 Chapter 13 Retainer received from Client on 10/14/2020: | | ($1,500.00) | |
| | | Balance owing for Chapter 13 through Confirmation: | | $2,874.50 | |

**EXHIBIT1**