UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LORIN EDWIN MASSINGALE | Chapter 13 Proceeding |
| Plaintiff | Case No. 20-12628-MLB |
| -vs- | Adversary No. 21-01013-MLB |
| U.S. BANK, NATIONAL TRUST ASSOCIATION | NOTICE OF OBJECTION FOR |
| AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 | ATTORNEY FEES AND COSTS |
| SC6 TITLE TRUST, CALIBER HOME LOANS INC., | |
| RUSHMORE LOAN MANAGEMENT SERVICES, LLC | |
| Defendents | |

DECLARATION

I, LORIN EDWIN MASSINGALE, of Concrete, in Skagit, Washington, MAKE OATH AND
SAY THAT:

1. I object to the Attorney Fees and Costs requested. As per our retainer agreement # 5
   stipulates " Before I begin any additional work a satisfactory arrangement for payment of
   my fees and costs will be required." No such arrangements were made, no new retainer
   agreement signed, and I was never informed going forward with this adversary
   complaint, it could cost me close to the amount that is being requested by counsel. See
   exhibit #1. I was never sent a bill until until I agreed to receive payment for the agreed
   upon settlement with Caliber. It was my understanding that counsel was then paid in full
   for all billable hours up until this point as this was this stipulated in the agreement with

Caliber and counsel kept the settlement check from Caliber in its entirety. Verbally counsel agreed and at that time, I was handed the ONLY summary of billable hours accumulated thus far on October 3, 2022. See exhibit #2. The statement provided to me for these hours is vastly different from the billable hours submitted to the court by Counsel in his exhibit #1. See my exhibit #2. There are numerous discrepancies when aligned. Out of the more than 20 I have found, for example on October 17, 2022, he billed me for 2.5 hours for sending an email and calling me. The email was four sentences long, see exhibit #3[A] and the phone call with me was for 23 minutes. See exhibit 3[B]. On September 19, 2022. I was billed 1.5 hours for him to send me 3 text messages and receive 1 text message back from me. See exhibit #3[C]. Further proof he was paid in full was documented via email titled "payoff Quote" see exhibit #4 Stating on December 6, 2022 that if I accepted $xx,000 from Rushmore he would give me "all the Money" and if not, he wanted $5,000 to proceed with the motion for summary judgement and trial. There are numerous other hours that have been altered when comparing my copy of his billing verses what he submitted to the court in this motion. I am requesting a CLARIFICATION as to why these bills are different and why he has failed to convey the fact that he had been paid in full for his hours up until the date my summary of billing ended if this weren't in fact the case.

DATED this 17th DAY of MAY, 2023

LORIN EDWIN MASSINGALE